■ STATE BANK OF ALBANY, Respondent, v. AMERICAN FIDELITY FIRE INSURANCE COMPANY, Appellant.— REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Grabrielli, JJ., concur in memorandum by Reynolds, J.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD G. TROUTMAN, Appellant.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.